UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONAHUE FIELDS,

Plaintiff,

– against –

MANHATTAN AVENUE DELI INC. *doing business as* MANHATTAN AVENUE DELI *and* 507 MANHATTAN REALTY CORP.,

Defendants.

**ORDER**

26 Civ. 3997 (ER)

Ramos, D.J.:

This action was filed on May 14, 2026. Doc. 1. Affidavits of service as to both defendants were filed on June 25, 2026 reflecting answer deadlines of July 13, 2026. Docs. 7 and 8. Since then, there has been no further activity in this case.

Plaintiff is instructed to submit a status report by no later than October 28, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.